**Order filed February 11, 2021.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-20-00826-CV
_____

**TOMAS TINOCO, Appellant**

**V.**

**TROY CAPITAL, LLC, Appellee**

---

### On Appeal from County Civil Court at Law No. 4
### Harris County, Texas
### Trial Court Cause No. 541012104

---

## O R D E R

A partial reporter's record has been filed in this case. Lettie Witter has informed this court that appellant has not arranged for payment for her portion of the reporter's record. We will consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provides this court with proof of payment for Lettie Witter's portion of the reporter's record. *See* Tex. R. App. P. 37.3(c).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Wilson.